**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO., | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | CIVIL ACTION NO. 1:06-CV-2296-RWS |
| MONA BREWER, BOBBY BREWER, AND BISHOP EARL PAULK, | : : : : : | |
| Defendants. | : : | |

**ORDER**

This case comes before the Court for consideration of Defendant Bishop Earl Paulk's Motion to Dismiss [36] and Plaintiff's Motion for Leave to File a Supplemental Response in Opposition to Defendant Paulk's Motion to Dismiss [51]. After reviewing the entire record, the Court enters the following Order.

Plaintiff brought this action on September 22, 2006, seeking a declaratory judgment that its homeowner's insurance agreement with Defendant Paulk does not require Plaintiff to insure Defendant Paulk against liability for tortious

injuries that he allegedly caused Defendant Brewer during a consensual sexual relationship. At the time of the filing of the instant action, a lawsuit concerning the underlying alleged tortious conduct was pending in the Superior Court of Dekalb County, Georgia, styled <u>Mona Brewer and Bobby Brewer v. Bishop Earl Paulk</u>, No. 05-CV-10300-9. After that action was voluntarily dismissed, Defendant Paulk moved to dismiss this action, contending that this action had become moot because an underlying live controversy between the parties no longer existed. (<u>See</u> Def. Bishop's Mot. to Dismiss [36].)

Defendant Mona Brewer has since refiled an action of similar substance against Defendant Paulk in the State Court of Dekalb County, styled <u>Mona Brewer v. Earl Paulk, et al.</u>, No. 07-A-69161-3. (<u>See</u> Pl.'s Mot. to Supp. [51] at 2.) Defendant Paulk concedes that the filing of that action renders his motion to dismiss in the instant case moot. (<u>See</u> Def.'s Reply [54] at 2.)

Accordingly, Defendant Paulk's Motion to Dismiss [36] is **DENIED**.[1] Plaintiff's Motion for Leave to File a Supplemental Response in Opposition to

---

[1] Insofar as Defendant Paulk requests that Defendant Bobby Brewer be dismissed from this action because he is not a party to the underlying action filed in Dekalb County State Court, that request is **DENIED**. Defendant Paulk does not have standing to seek the dismissal of claims against other defendants in this action.

Defendants' Motion to Dismiss [51] is **GRANTED**.

**SO ORDERED** this  17th  day of September, 2007.

*Richard W. Story*
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE